ON APPLICATION FOR REHEARING
In its brief in support of its application for rehearing, the Department contends that this court erred in relying upon Rule 810-1-4-.12 because that rule has been repealed and was not in effect at the time of the administrative hearing in this case. The Department contends that Rule 810-1-4-.12 has been replaced by Rule 810-1-2-.25.
We note that this is the first time the Department has raised such a contention. It chose not to file a reply brief, in which it might have responded to the taxpayer's reliance upon Rule 810-1-4-.12.
In any event, contrary to the Department's assertion, it does not appear to this court that Rule 810-1-4-.12 has been repealed. Moreover, while that rule does appear to conflict somewhat with Rule 810-1-2-.25, *Page 1242 
we find Rule 810-1-4-.12 to be specifically applicable.
OPINION EXTENDED; APPLICATION FOR REHEARING OVERRULED.
BRADLEY, P.J., and INGRAM, J., concur.